UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AJ RUIZ CONSULTORIA EMPRESARIAL S.A., solely as Judicial Administrator and foreign representative of SCHAHIN HOLDING S/A, *et al.*,<br><br>　　　　　　　　　Plaintiff,<br><br>– against –<br><br>Bank of China Limited, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 1:24-cv-03497-JGLC |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff AJ Ruiz Consultoria Empresarial S.A., in the above-captioned action, appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York (Clarke, J.), with Judgment entered on March 28, 2025 (ECF No. 11), that granted Defendants' motion to dismiss and dismissed the action without prejudice.

Dated: April 25, 2025

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　By: */s/ Andrew E. Goldsmith*
　　　　　　　　　　　　　　　　　Andrew E. Goldsmith
　　　　　　　　　　　　　　　　　Derek T. Ho
　　　　　　　　　　　　　　　　　Andrew M. Hetherington
　　　　　　　　　　　　　　　　　KELLOGG, HANSEN, TODD, FIGEL &
　　　　　　　　　　　　　　　　　FREDERICK, P.L.L.C.
　　　　　　　　　　　　　　　　　1615 M Street, N.W., Suite 400
　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　Tel: (202) 326-7900
　　　　　　　　　　　　　　　　　Fax: (202) 326-7999
　　　　　　　　　　　　　　　　　agoldsmith@kellogghansen.com
　　　　　　　　　　　　　　　　　dho@kellogghansen.com
　　　　　　　　　　　　　　　　　ahetherington@kellogghansen.com

　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

CLOSED,APPEAL,ECF,RELATED

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24−cv−03497−JGLC

| | |
|---|---|
| AJ Ruiz Consultoria Empresarial S.A. v. Bank of China Limited et al | Date Filed: 05/07/2024 |
| Assigned to: Judge Jessica G. L. Clarke | Date Terminated: 03/28/2025 |
| Related Case: 1:24−cv−03466−JGLC | Jury Demand: None |
| Case in other court: USBC−SDNY, 21−01216A (LGB) | Nature of Suit: 423 Bankruptcy Withdrawal |
| Cause: 28:0157(c)(1) Findings, Concl. & Proposed Judgment | Jurisdiction: Federal Question |

**Plaintiff**

**AJ Ruiz Consultoria Empresarial S.A.**　　　　represented by　**Andrew Edward Goldsmith**
*as Judicial Administrator and foreign representative of debtors identified in complaint*

Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326−7945
Fax: (202) 326−7999
Email: agoldsmith@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew M. Hetherington**
Kellogg, Hansen, Todd, Figel & Frederick PLLC (DC)
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326 7900
Fax: (202) 326 7999
Email: ahetherington@kellogghansen.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Joseph Wenner**
U.S. Attorney's Office for the District of Maryland
6406 Ivy Lane
Suite 800
Greenbelt, MD 20770
443−831−6983
Email: jwenner@kellogghansen.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Bank of China Limited**　　　　represented by　**Courina Yulisa**
Dorsey & Whitney LLP
51 West 52nd Street
New York, NY 10019
212−415−9242
Email: yulisa.courina@dorsey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Poul Goldberger**
Dorsey & Whitney LLP
51 West 52nd Street

          New York, NY 10019
          (212) 415–9200
          Fax: (212) 953–7201
          Email: goldberger.dan@dorsey.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Joshua Richard Kornfield**
          Dorsey & Whitney LLP
          51 West 52nd Street
          New York, NY 10019
          212–415–9200
          Email: kornfield.joshua@dorsey.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Lanier Saperstein**
          Dorsey & Whitney LLP – New York
          51 West 52nd Street
          New York, NY 10019–6119
          212–415–9385
          Email: saperstein.lanier@dorsey.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**China Development Bank Corporation**    represented by    **Courina Yulisa**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Daniel Poul Goldberger**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Joshua Richard Kornfield**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Lanier Saperstein**
          (See above for address)
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

**Defendant**

**Dexia Credit Local SA, New York Branch**    represented by    **Alexander Lees**
          Milbank LLP
          55 Hudson Yards
          New York, NY 10001
          212–403–1190
          Fax: 212–403–2000
          Email: alees@milbank.com
          *LEAD ATTORNEY*
          *ATTORNEY TO BE NOTICED*

          **Daniel Mumford Perry**
          Milbank LLP
          55 Hudson Yards
          New York, NY 10001
          212–530–5000
          Email: dperry@milbank.com
          *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**International Finance Corporation** represented by **Dan T Moss**
Jones Day
51 Louisiana Ave, NW
Washington, DC 20001
202−879−3939
Email: dtmoss@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jeffrey T. Green**
Green Law Chartered LLC
Green Law Chartered LLC
5203 Wyoming Rd
20816−2269
Bethesda, MD 20816−2269
240−286−5686
Email: jeff@greenlawchartered.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevyn Duane Orr**
Jones Day (DC)
51 Louisiana Avenue, NW
Washington, DC 20001
(202)−879−5660
Fax: (202)−626−1700
Email: korr@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marisa S. West**
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
202−736−8000
Email: marisa.west@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**KfW** represented by **Alexander Lees**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Mumford Perry**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph DaSilva**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212−373−3000
Email: jdasilva@paulweiss.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Portigon AG, New York Branch** | represented by | **Steven J. Fink**<br>Law Office of Steven J. Fink PLLC<br>100 Wall Street<br>Ste 15th Floor<br>New York, NY 10005<br>646−802−6976<br>Email: steven.fink@sjfinkpllc.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Dexia Credit Local SA** | represented by | **Alexander Lees**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel Mumford Perry**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Joseph DaSilva**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **China Developement Bank** | represented by | **Courina Yulisa**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Daniel Poul Goldberger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Lanier Saperstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/07/2024 | 1 | BANKRUPTCY COURT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE DISTRICT COURT REGARDING SO ORDERED REPORT AND RECOMMENDATION By Judge Lisa G. Beckerman Re: Written Opinion dated February 6, 2024. Bankruptcy Court Case Numbers: 21−1216A (LGB). (Attachments: # 1 Exhibit A − Written Opinion, # 2 Exhibit B −Notice of Proposed Findings).(bkar) (Entered: 05/07/2024) |
| 05/07/2024 | | BANKRUPTCY COURT PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW TO THE DISTRICT COURT REGARDING SO ORDERED REPORT AND RECOMMENDATION CASE REFERRED BY COURT TO Judge Jessica G. L. Clarke as possibly related to 24−CV−3466. (bkar) (Entered: 05/07/2024) |
| 05/07/2024 | | Case Designated ECF. (bkar) (Entered: 05/07/2024) |
| 05/07/2024 | 2 | Objection re: 1 Bankruptcy Court Proposed Findings of Fact,. Document filed by AJ Ruiz Consultoria Empresarial S.A...(bkar) (Entered: 05/07/2024) |

| | | |
|---|---|---|
| 05/07/2024 | 3 | RESPONSE re: 2 Objection (non−motion). Document filed by International Finance Corporation..(bkar) (Entered: 05/07/2024) |
| 05/07/2024 | 4 | RESPONSE re: 2 Objection (non−motion). Document filed by Bank of China Limited, China Developement Bank, China Development Bank Corporation, Dexia Credit Local SA, Dexia Credit Local SA, New York Branch, KfW, Portigon AG, New York Branch..(bkar) (Entered: 05/07/2024) |
| 05/07/2024 | 5 | DESIGNATION OF BANKRUPTCY RECORD Document filed by Plaintiff AJ Ruiz Consultoria Empresarial S.A...(bkar) (Entered: 05/07/2024) |
| 05/08/2024 | | ***NOTICE TO ATTORNEY TO ELECTRONICALLY FILE RELATED CASE STATEMENT. Notice to Attorney Andrew Edward Goldsmith, for non compliance with Local Rule 13 of the Division of Business Among Judges. Attorney must electronically file the Related Case Statement. Use the event type Statement of Relatedness found under the event list Other Documents. (gp) (Entered: 05/08/2024) |
| 05/08/2024 | 6 | STATEMENT OF RELATEDNESS re: that this action be filed as related to 24−cv−3466..(bkar) (Entered: 05/08/2024) |
| 05/09/2024 | | CASE REFERRED TO Judge Jessica G. L. Clarke as possibly related to 1:24−cv−3466. (gp) (Entered: 05/09/2024) |
| 05/09/2024 | | CASE ACCEPTED AS RELATED. Create association to 1:24−cv−03466−JGLC. Notice of Assignment to follow. (vba) (Entered: 05/09/2024) |
| 05/09/2024 | | NOTICE OF CASE REASSIGNMENT to Judge Jessica G. L. Clarke. Judge Unassigned is no longer assigned to the case. (vba) (Entered: 05/09/2024) |
| 05/09/2024 | | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (vba) (Entered: 05/09/2024) |
| 05/17/2024 | 7 | LETTER addressed to Judge Jessica G. L. Clarke from Alexander B. Lees dated May 17, 2024 re: Reassignment to Judge Schofield. Document filed by Bank of China Limited, China Developement Bank, China Development Bank Corporation, Dexia Credit Local SA, Dexia Credit Local SA, New York Branch, International Finance Corporation, KfW, Portigon AG, New York Branch. (Attachments: # 1 Exhibit Opinion and Order).(Lees, Alexander) (Entered: 05/17/2024) |
| 05/22/2024 | 8 | LETTER addressed to Judge Jessica G. L. Clarke from Andrew E. Goldsmith dated May 22, 2024 re: Response to Defendants' May 17, 2024 Letter. Document filed by AJ Ruiz Consultoria Empresarial S.A...(Goldsmith, Andrew) (Entered: 05/22/2024) |
| 06/04/2024 | 9 | MEMO ENDORSEMENT on re: (6 in 1:24−cv−03466−JGLC) Letter filed by AJ Ruiz Consultoria Empresarial S.A., (8 in 1:24−cv−03497−JGLC) Letter filed by AJ Ruiz Consultoria Empresarial S.A. ENDORSEMENT Because the cases previously before Judge Schofield (22−CV−521 and 22−CV−538) are now closed, the Court declines to redesignate 24−CV−3466 and 24−CV−3497. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 6/4/2024) (jca) (Entered: 06/04/2024) |
| 03/27/2025 | 10 | OPINION AND ORDER: For the foregoing reasons, the R&R is ADOPTED solely with respect to the order and opinion regarding Article III standing. Defendants' motion to dismiss is GRANTED and the action is DISMISSED without prejudice. The Clerk of Court is directed to close the case. SO ORDERED. (Signed by Judge Jessica G. L. Clarke on 3/27/2025) (vfr) Transmission to Orders and Judgments Clerk for processing. (Entered: 03/27/2025) |
| 03/28/2025 | 11 | CLERK'S JUDGMENT re: 10 Memorandum & Opinion in favor of Bank of China Limited, China Developement Bank, China Development Bank Corporation, Dexia Credit Local SA, Dexia Credit Local SA, New York Branch, International Finance Corporation, KfW, Portigon AG, New York Branch against AJ Ruiz Consultoria Empresarial S.A. It is, ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated March 27, 2025, the R&R is |

| | | |
|---|---|---|
| | | ADOPTED solely with respect to the order and opinion regarding Article III standing. Defendants' motion to dismiss is GRANTED and the action is DISMISSED without prejudice; accordingly, the case is closed. (Signed by Clerk of Court Tammi M Hellwig on 3/28/2025) (Attachments: # 1 Appeal Package) (km) (Entered: 03/28/2025) |
| 04/25/2025 | 12 | NOTICE OF APPEAL from 11 Clerk's Judgment,,,. Document filed by AJ Ruiz Consultoria Empresarial S.A.. Filing fee $ 605.00, receipt number ANYSDC–30989978. Form C and Form D are due within 14 days to the Court of Appeals, Second Circuit..(Goldsmith, Andrew) Modified on 4/28/2025 (km). (Entered: 04/25/2025) |
| 04/28/2025 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 12 Notice of Appeal.(km) (Entered: 04/28/2025) |
| 04/28/2025 | | Appeal Record Sent to USCA (Electronic File). Certified Indexed record on Appeal Electronic Files for 12 Notice of Appeal, filed by AJ Ruiz Consultoria Empresarial S.A. were transmitted to the U.S. Court of Appeals.(km) (Entered: 04/28/2025) |

WDREF, PF&C

# U.S. Bankruptcy Court
## Southern District of New York (Manhattan)
## Adversary Proceeding #: 21-01216-lgb

*Assigned to:* Judge Lisa G Beckerman
*Demand:*

*Date Filed:* 12/10/21
*Date Removed From State:* 12/10/21

*Nature[s] of Suit:* 02 Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy)

*Plaintiff*
-----------------------
**AJ Ruiz Consultoria Empresarial S.A.**, *as Judicial Administrator and foreign representative of debtors identified in complaint*

represented by **Andrew Goldsmith**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M St NW
Suite 400
Washington, DC 20036
202-326-7900
Fax : 202-326-7999
Email: agoldsmith@kellogghansen.com
*LEAD ATTORNEY*

**Andrew M. Hetherington**
Kellogg, Hansen, Todd, Figel & Frederick
1615 M Street, N.W., Suite 400
Washington, DC 20036
(202) 326 7900
Email: ahetherington@kellogghansen.com
*LEAD ATTORNEY*

**Joseph Wenner**
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M St NW
Suite 400
Washington, DC 20036
202-326-7996
Email: jwenner@kellogghansen.com
*LEAD ATTORNEY*

V.

*Defendant*
-----------------------

| | | |
|---|---|---|
| **Bank of China Limited** | represented by | **Daniel Goldberger**<br>Dorsey & Whitney LLP<br>51 W. 52nd St.<br>New York, NY 10019<br>212-415-9365<br>Email: goldberger.dan@dorsey.com<br>*LEAD ATTORNEY*<br><br>**Joshua R Kornfield**<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019<br>212-415-9200<br>Email: kornfield.joshua@dorsey.com<br>*LEAD ATTORNEY*<br><br>**Lanier Saperstein**<br>Dorsey & Whitney LLP<br>51 West 52nd Street<br>New York, NY 10019-6119<br>212-415-9385<br>Email: saperstein.lanier@dorsey.com<br>*LEAD ATTORNEY*<br><br>**Courina Yulisa**<br>Dorsey & Whitney LLP<br>51 W 52nd St<br>New York, NY 10019<br>212-415-9242<br>Email: yulisa.courina@dorsey.com<br>*LEAD ATTORNEY* |

*Defendant*
-----------------------

| | | |
|---|---|---|
| **China Development Bank Corporation** | represented by | **Daniel Goldberger**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Joshua R Kornfield**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Lanier Saperstein**<br>(See above for address)<br>*LEAD ATTORNEY*<br><br>**Courina Yulisa**<br>(See above for address) |

*LEAD ATTORNEY*

*Defendant*
----------------------
**Dexia Credit Local SA, New York Branch**  represented by  **Alison Bonelli**
Milbank LLP
55 Hudon Yards
New York, NY 10001
(212) 530-5047
Email: AutoDocketECF@milbank.com
*LEAD ATTORNEY*

**Alexander Lees**
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
212-403-1190
Fax : 212-403-2000
Email: alees@milbank.com
*LEAD ATTORNEY*

**Daniel Perry**
Milbank LLP
55 Hudson Yards
New York, NY 10001
212-530-5000
Email: dperry@milbank.com
*LEAD ATTORNEY*

*Defendant*
----------------------
**International Finance Corporation**  represented by  **Jeffrey T. Green**
Green Law Chartered LLC
5203 Wyoming Rd
20816-2269
Bethesda, MD 20816-2269
240-286-5686
Email: jeff@greenlawchartered.com
*LEAD ATTORNEY*

**Joshua Moore**
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
(202) 736-8432
Email: joshua.moore@sidley.com
*LEAD ATTORNEY*

**Dan T Moss**
Jones Day
51 Louisiana Ave. Nw
Washington, DC 20001
202-879-3939
Email: dtmoss@jonesday.com

**Kevyn Duane Orr, I**
Jones Day
51 Louisiana Avenue, NW
Washington, DC 20001
202-879-5560
Fax : 202-626-1700
Email: korr@jonesday.com

**Marisa S. West**
Sidley Austin LLP
1501 K Street, N.W.
Washington, DC 20005
202-736-8000
Email: marisa.west@sidley.com
*LEAD ATTORNEY*

*Defendant*
-----------------------
**KfW**                               represented by   **Alison Bonelli**
(See above for address)
*LEAD ATTORNEY*

**Joseph DaSilva**
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
Email: jdasilva@paulweiss.com

**Alexander Lees**
(See above for address)
*LEAD ATTORNEY*

**Daniel Perry**
(See above for address)
*LEAD ATTORNEY*

*Defendant*
-----------------------

|  |  |
|---|---|
| **Portigon AG, New York Branch** | represented **Steven J Fink**<br>by Law Office of Steven J. Fink PLLC<br>100 Wall Street<br>Ste 15th Floor<br>New York, NY 10005<br>646-802-6976<br>Email: steven.fink@sjfinkpllc.com<br>*LEAD ATTORNEY* |

*Defendant*
-----------------------
| **Dexia Credit Local SA** | represented **Joseph DaSilva**<br>by (See above for address)<br><br>**Alexander Lees**<br>(See above for address)<br><br>**Daniel Perry**<br>(See above for address)<br>*LEAD ATTORNEY* |

*Defendant*
-----------------------
| **China Developement Bank** | represented **Daniel Goldberger**<br>by (See above for address)<br><br>**Lanier Saperstein**<br>(See above for address)<br><br>**Courina Yulisa**<br>(See above for address) |

# There are proceedings for case 21-01216-lgb but none satisfy the selection criteria.