## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re: AJ Ruiz Consultoria Empresarial S.A.    Docket No.: 25-1094

Lead Counsel of Record (name/firm) or Pro se Party (name): Alexander B. Lees / Milbank LLP

Appearance for (party/designation): Dexia, New York Branch, Defendant-Appellee; KfW, Defendant-Appellee; Dexia, Defendant-Appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
( ) Correct
(✓) Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
(✓) Correct
( ) Incorrect.  The following parties do not wish to participate in this appeal:
     Parties: _____
( ) Incorrect.  Please change the following parties' designations:
     Party                               Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
( ) Correct
(✓) Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Alexander B. Lees
Firm: Milbank LLP
Address: 55 Hudson Yards, New York, NY 10001
Telephone: 212-530-5161          Fax:
Email: alees@milbank.com

## RELATED CASES

( ) This case has not been before this Court previously.
( ) This case has been before this Court previously.   The short title, docket number, and citation are: _____

(✓) Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: In re AJ Ruiz Consultoria Empresarial S.A., No. 2015-1089.

## CERTIFICATION

I certify that (✓) I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on _____ OR that ( ) I applied for admission on _____ or renewal on _____.   If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Alexander B. Lees
Type or Print Name: Alexander B. Lees
          OR
Signature of pro se litigant: _____
Type or Print Name: _____
( ) I am a pro se litigant who is not an attorney.
( ) I am an incarcerated pro se litigant.

**Corrected Caption**

AJ RUIZ CONSULTORIA EMPRESARIAL S.A., as Judicial Administrator and foreign representative of debtors identified in complaint,

        Plaintiff-Appellant,

v.

BANK OF CHINA LIMITED; CHINA DEVELOPMENT BANK CORPORATION; DEXIA, NEW YORK BRANCH; INTERNATIONAL FINANCE CORPORATION; KfW; PORTIGON AG, NEW YORK BRANCH; DEXIA; CHINA DEVELOPMENT BANK,

        Defendants-Appellee.